The People of the State of New York, Respondent, v Alberto Gonzalez, Appellant. [598 NYS2d 986] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Leahy, J.), rendered July 17, 1990, convicting him of kidnapping in the second degree and criminal use of a firearm in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defen-

dant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). The defendant's contention in his supplemental *pro se* brief that his sentence was excessive is frivolous *(see, People v Kazepis,* 101 AD2d 816). Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.